**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 03-6913**

―――――――――――

JEFFREY SCOTT CLEGG,

Plaintiff - Appellant,

versus

MICHAEL D. MURPHY, Dr.,

Defendant - Appellee,

and

DAVID M. HINDS, PA; JAMIE REID; PAULA SMITH,

Defendants.

―――――――――――

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-02-752-5-H)

―――――――――――

Submitted: August 28, 2003          Decided: September 10, 2003

―――――――――――

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

―――――――――――

Dismissed by unpublished per curiam opinion.

―――――――――――

Jeffrey Scott Clegg, Appellant Pro Se. Renee Billings Crawford, CRAWFORD LAW OFFICE, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jeffrey Scott Clegg appeals the district court's order setting aside a default judgment against one of the named defendants and denying Clegg's discovery motions.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949).  The order Clegg seeks to appeal is neither a final order nor an appealable interlocutory or collateral order.  Accordingly, we deny Clegg's "motion for clarification" and dismiss the appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED